**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6352**

CHARLES GARY SINGLETARY, III,

Plaintiff - Appellant,

v.

WARDEN JACKSON, Warden,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Henry M. Herlong, Jr., Senior District Judge.  (9:22-cv-04362-HMH)

Submitted:  June 15, 2023                              Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Gary Singletary, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Gary Singletary, III, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Singletary v. Warden Jackson*, No. 9:22-cv-04362-HMH (D.S.C. Mar. 28, 2023). We deny Singletary's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*